

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| KH FUNDING COMPANY, | * | Case No. 10-37371-TC |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER AUTHORIZING EMPLOYMENT OF**
**KOLLMAN & SAUCIER, P.A. AS SPECIAL COUNSEL**

Upon the application (the "Application") of KH Funding Company (the "Debtor") for authority to employ Kollman & Saucier, P.A. as special counsel, the Application having been considered by this Court, and cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Application shall be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor shall be and is hereby, authorized to employ Kollman & Saucier, P.A. ("Kollman") as Special Counsel in connection with the matters described in paragraph 3 of the Application. The compensation payable to Kollman shall be subject to the prior approval of the Court.

cc: Lawrence D. Coppel, Esquire
Gordon, Feinblatt, Rothman, Hoffberger
& Hollander, LLC
233 E. Redwood Street
Baltimore, MD 21202

Sarah E. Longson, Esquire
Kollman & Saucier, P.A.
1823 York Road
Timonium, Maryland 21093

Jeanne M. Crouse, Esquire
Office of the United States Trustee
6305 Ivy Lane
Suite 600
Greenbelt, Maryland 20770

Irving C. Apar, Esquire
Thompson Hine LLP
335 Madison Avenue
12th Floor
New York, New York 10017

Curtis L. Tuggle, Esquire
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114

Tina N. Moss, Esquire
Pryor Cashman LLP
7 Times Square
New York, New York 10036

Bradford J. Sandler, Esquire
Pachulski Stang Ziehl & Jones
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

**End of Order**

1657626