Entered: May 18, 2012
Signed: May 18, 2012
**SO ORDERED**
**No response or objection.**



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| KH FUNDING COMPANY, | * | Case No. 10-37371-TC |
| | | (Chapter 11) |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER ALLOWING FINAL COMPENSATION TO STEGMAN & COMPANY FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ACCOUNTANT TO THE DEBTOR DURING THE PERIOD AUGUST 1, 2011 THROUGH FEBRUARY 28, 2012

Upon consideration of the Second and Final Application of Stegman & Company for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Accountant to the Debtor During the Period August 1, 2011 Through February 28, 2012, notice of the Application having been given, and the Court having considered any response made thereto, and the Court having found that the compensation requested is reasonable and should be allowed; it is

ORDERED, that the Application is GRANTED and Stegman & Company be and is hereby allowed compensation in the total amount of $11,750.00 for services rendered and expenses incurred during the period August 1, 2011 through February 28, 2012; and it is further

2195360.1

ORDERED, that the allowance of interim compensation previously authorized by the Court to Stegman & Company be and it is ratified and approved as a final allowance of compensation.

cc:

    Lawrence D. Coppel, Esquire
    Gordon Feinblatt LLC
    233 East Redwood Street
    Baltimore, MD 21202

    Gerald A. Walsh, CPA
    Stegman & Company
    405 East Joppa Road, Suite 100
    Baltimore, MD 21286

    Gerard R. Vetter, Esquire
    Jeanne M. Crouse, Esquire
    Office of the United States Trustee
    6305 Ivy Lane Suite 600
    Greenbelt, Maryland  20770

    Irving C. Apar, Esquire
    Thompson Hine LLP
    335 Madison Avenue 12th Floor
    New York, New York 10017

    Curtis L. Tuggle, Esquire
    Thompson Hine LLP
    3900 Key Center
    127 Public Square
    Cleveland, Ohio  44114

    Tina N. Moss, Esquire
    Pryor Cashman LLP
    7 Times Square
    New York, New York 10036

    Bradford J. Sandler, Esquire
    Pachulski Stang Ziehl & Jones LLP
    919 N. Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, Delaware 19899-8705

Robert L. Harris, President
KH Funding Company
10801 Lockwood Drive, Suite 370
Silver Spring, Maryland 20901

BDO Consulting
c/o Michele Michaelis
100 Park Avenue
New York, New York 10017

**End of Order**