

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| KH FUNDING COMPANY, | * | Case No. 10-37371-TC |
|  | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER APPROVING FINAL APPLICATION OF GORDON FEINBLATT LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION FROM OCTOBER 1, 2011 THROUGH APRIL 30, 2012**

Upon consideration of the Fourth and Final Application of Gordon Feinblatt LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtor and Debtor-in-Possession During the Period October 1, 2011 Through April 30, 2012, notice of the Application having been given, and the Court having considered any response made thereto, and the Court having found that the compensation requested is reasonable and should be allowed; it is

2215865.1

ORDERED, that the Application is GRANTED and Gordon Feinblatt LLC ("Gordon, Feinblatt") be and is hereby allowed fees in the amount of $326,636.50 for services rendered during the period October 1, 2011 through April 30, 2012, and it is further

ORDERED, that the Gordon, Feinblatt is further allowed reimbursement of expenses posted during the period October 1, 2011 through April 30, 2012 in the amount of $27,163.72 and it is further

ORDERED, that the allowances of interim compensation previously authorized by the Court to Gordon, Feinblatt be and they are ratified and approved as a final allowance of compensation and reimbursement of expenses.

cc:
Lawrence D. Coppel, Esquire
Gordon Feinblatt LLC
233 E. Redwood Street
Baltimore, MD  21202

Gerard R. Vetter, Esquire
Jeanne M. Crouse, Esquire
Office of the United States Trustee
6305 Ivy Lane Suite 600
Greenbelt, Maryland  20770

Irving C. Apar, Esquire
Thompson Hine LLP
335 Madison Avenue 12th Floor
New York, New York  10017

Curtis L. Tuggle, Esquire
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio  44114

Patrick Sibley, Esquire
Pryor Cashman LLP
7 Times Square
New York, New York  10036

2215865.1

Bradford J. Sandler, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

Robert L. Harris, President
KH Funding Company
P.O. Box 281
Millersville, Maryland 21108

BDO Consulting
Attn: Ms. Michele Michaelis
100 Park Avenue
New York, New York 10017

**End of Order**

2215865.1