

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 10-37371 (TJC) |
| KH FUNDING COMPANY, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING SECOND AND FINAL APPLICATION OF
MCGUIREWOODS LLP FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD SEPTEMBER 1, 2011 THROUGH APRIL 30, 2012**

Upon consideration of the Second and Final Application of McGuireWoods LLP ("McGuireWoods") for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred (the "Application") for the Period September 1, 2011 through April 30, 2012 (the "Second Application Period"), and final allowance for the period beginning on February 14, 2011, the effective retention date of McGuireWoods, through April 30, 2012, the effective date of the Debtor's confirmed Chapter 11 plan of reorganization (the "Final Application Period"), as local counsel to the Official Committee of Unsecured Creditors (the

38984013.1                                          3

"Committee") of KH Funding Co., the above-captioned debtor and debtor-in-possession (the "Debtor"), adequate and proper notice having been circulated, and after due consideration of any timely objections to said Application and any hearing held thereon, and it appearing that the compensation requested is reasonable and a benefit to the Debtor's estate, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the request contained within the Application be, and the same is hereby, approved and allowed in the amount of $7,977.50 as compensation for professional services rendered, and $357.53 as reimbursement of expenses incurred during the Second Application Period; and it is further

**ORDERED**, on a final basis the allowance of compensation and reimbursement of expenses to McGuireWoods, for the Final Application Period, in the amount of $25,529.50 for professional services rendered and expenses in the amount of $806.84.

cc:   James A. Van Horn
      McGuireWoods LLP
      7 Saint Paul Street
      Suite 1000
      Baltimore, MD 21202

      Lawrence D. Coppel
      Gordon Feinblatt LLC
      233 E. Redwood Street
      Baltimore, MD 21202

      Jeanne M. Crouse
      Office of the United States Trustee
      6305 Ivy Lane Suite 600
      Greenbelt, Maryland 20770

      Robert J. Harris, President
      KH Funding Company
      10801 Lockwood Drive, Suite 370
      Silver Spring, MD 20901

Patrick Sibley
Pryor Cashman LLP
7 Times Square
New York, NY  10036

Bradford J. Sandler, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

Irving C. Apar
Thompson Hine LLP
335 Madison Avenue
12th Floor
New York, NY  10017

Curtis L. Tuggle
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH  44114

Todd D. Ross
Jeffrey L. Tarkenton
Womble Carlyle Sandridge & Rice, LLP
1200 Nineteenth St., N.W., Suite 500
Washington, DC 20036

BDO Consulting
c/o Michele Michaelis
100 Park Avenue
New York, New York 10017

**END OF ORDER**