

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| KH FUNDING CO., | ) ) | Case No. 10-37371 (TJC) |
| Debtor. | ) ) ) |  |

**ORDER APPROVING FOURTH AND FINAL APPLICATION OF
BDO CONSULTING, A DIVISION OF BDO USA, LLP FOR INTERIM ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
OF FEBRUARY 7, 2011 THROUGH APRIL 30, 2012**

Upon consideration of the Fourth and Final Application ("the Application") of BDO Consulting, a Division of BDO USA, LLP ("BDO") for Allowance of Compensation and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors (the "Application") during the Period of February 1, 2012 through April 30, 2012 (the "Fourth Application Period"), and final allowance for the period beginning on February 7, 2011, the effective date of BDO, through April 30, 2012, the effective date of the

Debtor's confirmed Chapter 11 plan of reorganization (the "<u>Final Application Per</u>iod"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee"), of KH Funding Co., the above-captioned debtor and debtor-in-possession (the "<u>Debtor</u>"), adequate and proper notice having been circulated, and after due consideration of any timely objections to said Application and any hearing held thereon, and it appearing that the compensation requested is reasonable and a benefit to the Debtor's estate, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the request contained within the Application be, and the same is hereby, approved and allowed in the amount of $89,446.00 as compensation for professional services rendered, and $30.24 as reimbursement of expenses incurred during the Fourth Application Period; and it is further

**ORDERED**, on a final basis the allowance of compensation and reimbursement of expenses to BDO, for the Final Application Period, in the amount of $415,425.50 for professional services rendered and expenses in the amount of $296.44.

cc: James E. Van Horn, Esquire
McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, MD 21202

Jeanne M. Crouse, Esquire
Office of the United States Trustee
6305 Ivy Lane Suite 600
Greenbelt, Maryland 20770

Irving C. Apar
Thompson Hine LLP
335 Madison Avenue

12th Floor
New York, NY  10017

Curtis L. Tuggle
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH  44114

Tina N. Moss
Pryor Cashman LLP
7 Times Square
New York, NY  10036

Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Robert J. Harris, President
KH Funding Company
10801 Lockwood Drive, Suite 370
Silver Spring, MD  20901


**END OF ORDER**

\39992688.1