Entered: January 19th, 2021
Signed: January 19th, 2021

**SO ORDERED**

No response or opposition.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

(Greenbelt Division)

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KH FUNDING CO., | ) | Case No. 10-37371 (TJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER FURTHER EXTENDING THE PERIOD**
**FOR FILING OBJECTIONS TO CLAIMS**

Upon the Motion[1] of the Debtor in the above-captioned post-confirmation Chapter 11 case for entry of an order extending the period within which the Debtor may object to claims filed in the Chapter 11 Case; and it appearing that the relief sought in the Motion and the entry of this Order is appropriate; and it appearing that the relief sought in the Motion is reasonable and in the best

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

interests of the Debtor, its estate, and its creditors; and no adverse interest being represented; and sufficient cause appearing therefore, and upon due deliberation given:

        IT IS HEREBY ORDERED THAT:

        1.        The Claims Objection Deadline is enlarged and extended through and including June 30, 2021.

        2.        This Order is without prejudice to the Debtor's right to seek further extensions of the Claims Objection Deadline; and it is further

        3.        This Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

**End of Order**