# UNITED STATES BANKRUPTCY COURT

For the DISTRICT OF Maryland

(Greenbelt Division)

In re: KH Funding Company

Debtor(s)

Case No. 10-37371

☐ Jointly Administered

## Amended Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2021

Petition Date: 12/03/2010

Plan Confirmed Date: 04/17/2012

Plan Effective Date: 05/01/2012

This Post-confirmation Report relates to:  ◉ Reorganized Debtor

○ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

/s/ James Van Horn
Signature of Responsible Party

10/21/2021
Date

James Van Horn
Printed Name of Responsible Party

1717 Pennsylvania Avenue N.W., Suite 500,
Washington, DC 20006
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (06/07/2021)    1

| Debtor's Name | KH Funding Company | Case No. | 10-37371 |
|---|---|---|---|

### Part 1: Summary of Post-confirmation Transfers

|   | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $11,603 | $6,061,598 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $11,603 | $6,061,598 |

### Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $1,137,898 | $0 | $1,137,898 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Stegman & Company | Financial Professional | $0 | $11,750 | $0 | $11,750 |
| ii | Gordon Feinblatt LLC | Lead Counsel | $0 | $353,800 | $0 | $353,800 |
| iii | McGuireWoods LLP | Local Counsel | $0 | $26,336 | $0 | $26,336 |
| iv | BDO Consulting | Financial Professional | $0 | $415,722 | $0 | $415,722 |
| v | Pachulski Stang Ziehl & Jones L | Lead Counsel | $0 | $330,289 | $0 | $330,289 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $1,137,898 | $0 | $1,137,898 |

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $1,326,900 | $11,603 | $5,737,099 | $5,737,099 | 100% |
| b. Secured claims | $0 | $0 | $267,823 | $267,823 | 100% |
| c. Priority claims | $57,000 | $0 | $56,676 | $56,676 | 100% |
| d. General unsecured claims | $5,800,000 | $0 | $0 | $39,123,051 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

### Part 4: Questionnaire

a. Is this a final report?   Yes ☐   No ☒

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated:  12/31/2021

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ☒   No ☐

| Debtor's Name KH Funding Company | Case No. 10-37371 |
|---|---|

3

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Alfred T. Giuliano | Alfred T. Giuliano |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Plan Administrator | 10/21/2021 |
| Title | Date |