# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **10–37371 – TJC**   Chapter: **11**

**KH Funding Company**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a Status Conference will be held

on 6/30/22 at 10:00 AM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688)

to consider and act upon the following:

1 – Chapter 11 Voluntary Petition. Fee Amount $1039 Filed by KH Funding Company. Chapter 11 Plan Exclusivity due by 04/4/2011. Government Proof of Claim due by 06/1/2011. Schedule A due 12/17/2010. Schedule B due 12/17/2010. Schedule D due 12/17/2010. Schedule E due 12/17/2010. Schedule F due 12/17/2010. Schedule G due 12/17/2010. Schedule H due 12/17/2010. Statement of Financial Affairs due 12/17/2010. Summary of schedules due 12/17/2010. Incomplete Filings due 12/17/2010 (Attachments: # (1) Exhibit A to Voluntary Petition# (2) Certification of Resolution# (3) Verification of Creditor Matrix with Matrix attached) (Coppel, Lawrence)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 6/7/22

Mark A. Neal, Clerk of Court
by Deputy Clerk, Rita Hester

Form stathrgmdb (rev. 07/29/2020)