# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **10–37371 – TJC**   Chapter: **11**

**KH Funding Company**
Debtor

## NOTICE OF INCORRECT OR INSUFFICIENT ADDRESS

The Court was notified that mail sent to jana Smith was undeliverable and returned by the U.S. Postal Service due to an incorrect or insufficient address.

Pursuant to Local Bankruptcy Rule 4002–1(a), every debtor must maintain a current address with the Clerk. This obligation continues until the case is closed.

Pursuant to Local Bankruptcy Rule 9010–2(a), counsel and parties appearing without counsel must file and maintain a current address and telephone number in every case in which such person appears. This obligation continues until the case is closed.

Debtor/Creditor is advised that a notice of current address or address change for jana Smith must be filed with the Court within fourteen days (14) of the date of this notice. Failure to correct the address may result in further action by the Court.

Dated: 6/27/22

                                                Mark A. Neal, Clerk of Court
                                                by Deputy Clerk, Adrienne Fernandez
                                                Team Phone: 410–962–0794

Form ntcpyrtm