

**Thomas J. Catliota , U. S. BANKRUPTCY JUDGE**

X  RETAIN

Evidentiary Hrg: Y N
Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 11

Date: 06/30/2022 Time: 10:00

**CASE: 10-37371 KH Funding Company**

James Edward Van Horn Jr. representing KH Funding Company (Debtor)
L. Jeanette Rice representing US Trustee - Greenbelt 11 (U.S. Trustee)
Bradford J. Sandler and James Edward Van Horn Jr. representing Official
Committee of Unsecured Creditors (Creditor Committee)

*Status conf*

*Sr.ll*

[1] Chapter 11 Voluntary Petition. Fee Amount $
1039 Filed by KH Funding Company. Chapter 11 Plan
Exclusivity due by 04/4/2011. Government Proof of
Claim due by 06/1/2011. Schedule A due 12/17/2010.
Schedule B due 12/17/2010. Schedule D due 12/17/2010.
Schedule E due 12/17/2010. Schedule F due 12/17/2010.
Schedule G due 12/17/2010. Schedule H due 12/17/2010.
Statement of Financial Affairs due 12/17/2010.
Summary of schedules due 12/17/2010. Incomplete
Filings due 12/17/2010 (Attachments: # (1) Exhibit
A to Voluntary Petition# (2) Certification of Resolution#
(3) Verification of Creditor Matrix with Matrix
attached)

**MOVANT** : KH Funding Company BY J Van Horn


PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____  Denied Approval_____  Deadline to file Amended D/S_____

    Other_____

    Confirmed_____  as modified by _____

    Denied Confirmation_____ with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted____ Denied____ Withdrawn____ Consent____ Default___ Under Adv.___

    Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

    Continued to: _____

DECISION:

    [ ] Signed by Court            [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel        [ ] Court
        [ ] Respondent's counsel    [ ] Other _____

NOTES:

[signature]

Will file fwm dept &
request to close case w/in

- 45 days → No ability to reverse
  will file motn to ascertain for creditors

# week of July 11