IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KH FUNDING CO., | ) Case No. 10-37371 (TJC) |
| | ) |
| Debtor. | ) |
| | ) |

## **NOTICE OF CURRENT ADDRESS**

Please note the following current address and telephone number for the undersigned

counsel for Post-Confirmation Debtor KH Funding Company:

> James E. Van Horn
> Barnes & Thornburg LLP
> 1717 Pennsylvania Avenue, N.W., Suite 500
> Washington, D.C. 20006-4623
> Telephone: 202-371-6351
> Facsimile: 202-289-1330
> E-mail: jvanhorn@btlaw.com

Dated: July 5, 2022                  Respectfully submitted,

> */s/ James E. Van Horn*
> James E. Van Horn (Bar No. 29210)
> Barnes & Thornburg LLP
> 1717 Pennsylvania Avenue, N.W., Suite 500
> Washington, D.C. 20006-4623
> Telephone: 202-371-6351
> Facsimile: 202-289-1330
> E-mail: jvanhorn@btlaw.com
>
> Counsel to the Post-Confirmation Debtor

**Certificate of Service**

I HEREBY CERTIFY that on July 5, 2022, a copy of the foregoing Notice of Current Address was served via ECF to the following parties:

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

Curtis L Tuggle Curtis.Tuggle@thompsonhine.com

Eric Heyer eric.heyer@thompsonhine.com

Patrick Sibley psibley@pryorcashman.com


I FURTHER HEREBY CERTIFY that on July 5, 2022, a copy of the foregoing Notice of Current Address was served via first-class mail, postage prepaid, to the following parties:

Investment & Insurance Services
Attn.: Laurie A. Braulick
President
One South Minnesota Street
P.O. Box 62
New Ulm, MN 56073


_/s/ James E. Van Horn_____
James E. Van Horn