## EXHIBIT A

DOCS_DE:228933.2 29183/003
DOCS_DE:239214.5 14953/003

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

(Greenbelt Division)

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KH FUNDING CO., | ) Case No. 10-37371 (TJC) |
| | ) |
| Debtor. | ) |
| | ) |

### KH FUNDING CO.'S CERTIFICATION OF FULL ADMINISTRATION

KH Funding Co. (the "Debtor"), as liquidating debtor, by its counsel, files this *Certification of Full Administration* pursuant to Local Bankruptcy Rule 3022-1(b) in support of its *Post-Confirmation Debtor's Chapter 11 Final Report and Motion for Order (A) Entering Final Decree, (B) Approving Distributions to Unsecured Creditors, (C) Authorizing the Abandonment of Certain Property, (D) Authorizing the Abandonment and Destruction of Certain Documents and Records, and (E) Granting Related Relief*. The Debtor's estate has been fully administered.

The following is the report of payments made, to date, pursuant to the *Third Amended Joint Plan of Liquidation of KH Funding Company and the Official Committee of Unsecured Creditors* (the "Plan") confirmed by this Court on April 17, 2012.

A. **Priority Payments of Expenses of Administration Other Than Operating Expenses**:

    1.    Plan Administrator's Compensation and Expenses    $233,984.65

    2.    Fees and Expenses, Plan Administrator's Counsel    $2,617,070.07

    3.    Plan Administrator's Other Professionals    $1,677,302.64

|     |     |                                                                      |                  |
| --- | --- | -------------------------------------------------------------------- | ---------------: |
|     | 4.  | Other professional fees                                              | $14,979.61       |
|     | 5.  | Other expenses of administration                                     | $706,137.62      |
|     |     | **TOTAL** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .........  | **$5,249,474.59** |

B. **Payments to creditors under Plan**:

|     |     |                                                                      |                  |
| --- | --- | -------------------------------------------------------------------- | ---------------: |
|     | 1.  | Administrative Claims                                                | $0.00            |
|     | 2.  | Priority Tax Claims                                                  | $56,676.08       |
|     | 3.  | Class 1—Priority Claims                                              | $0.00            |
|     | 4.  | Class 2—Secured Claims (Tiray Spriggs Special Needs Trust)           | $0.00            |
|     | 5.  | Class 3—Secured Claim (Market Street Mortgage, LLC)                  | $0.00            |
|     | 6.  | Class 4—Intentionally Omitted                                        | $0.00            |
|     | 7.  | Class 5—Intentionally Omitted                                        | $0.00            |
|     | 8.  | Class 6—Intentionally Omitted                                        | $0.00            |
|     | 9.  | Class 7—Series 3 Note Claims                                         | $54,823.00[1]    |
|     | 10. | Class 8—Series 4 Note Claims                                         | $0.00            |
|     | 11. | Class 9—General Unsecured Claims                                     | $0.00[2]         |
|     | 12. | Class 10—Equity Interests                                            | $0.00            |
|     | 13. | Other                                                                | $0.00            |
|     |     | **TOTAL** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$2,064,812.00** |

C. **Operating Expenses Disbursed by Plan Administrator**:

Actual business operating expenses, such as wages, inventory purchase, etc., paid post-Plan Administrator appointment        **$0.00**

---

[1] Plus $1,933,724.74 to be distributed.
[2] $19,588.18 to be distributed.

| | |
|---|---|
| PERCENTAGE OF CLAIMS PAID TO BE PAID TO THE GENERAL CLASS OF UNSECURED CREDITORS WITHIN THE PLAN | 4.99% |

WHEREFORE, the Plan Administrator, having fully administered the Debtor's estate, files this Certification of Full Administration and respectfully requests entry of a Final Decree in this case and for such other and further relief as the Court deems necessary or appropriate.

Dated: July 14, 2022          Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Alfred T. Giuliano
　　　　　　　　　　　　　　　　　Alfred T. Giuliano, solely in his
　　　　　　　　　　　　　　　　　capacity as Plan Administrator and
　　　　　　　　　　　　　　　　　not in any individual capacity