# **EXHIBIT B**

DOCS_DE:228933.2 29183/003
DOCS_DE:239214.5 14953/003

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

(Greenbelt Division)

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| KH FUNDING CO., | ) Case No. 10-37371 (TJC) |
|  | ) |
| Debtor. | ) |
|  | ) |

**NOTICE OF CERTAIN RELIEF REQUESTED IN CONNECTION WITH POST-CONFIRMATION DEBTOR'S CHAPTER 11 FINAL REPORT AND MOTION FOR ORDER (A) ENTERING FINAL DECREE, (B) APPROVING DISTRIBUTIONS TO UNSECURED CREDITORS, (C) AUTHORIZING THE ABANDONMENT OF CERTAIN PROPERTY, (D) AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF CERTAIN DOCUMENTS AND RECORDS, AND (E) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE THAT on July 15, 2022, the above-captioned Debtor filed its *Post-Confirmation Debtor's Chapter 11 Final Report and Motion for Order (A) Entering Final Decree, (B) Approving Distributions to Unsecured Creditors, (C) Authorizing the Abandonment of Certain Property, (D) Authorizing the Abandonment and Destruction of Certain Documents and Records, and (E) Granting Related Relief* (the "Motion").  A full copy of the Motion may be requested from undersigned counsel and is available at the creditor site maintained at https://www.pszjlaw.com/creditor-32.html.  **Any objection to the relief requested in the Motion must be delivered to undersigned counsel on or before the date that is 14 days after this Notice.**

PLEASE TAKE FURTHER NOTICE THAT, in accordance with the Motion and the confirmed *Third Amended Joint Plan of Liquidation of KH Funding Company and the Official Committee of Unsecured Creditors* (the "Plan"), the Debtor anticipates making distributions to unsecured creditors, including Class 9 General Unsecured creditors and to the Series 3 Trustee on account of Class 7 Series 3 Note Claims.  Distributions are expected to be approximately 4.99% of allowed claims.  Because the Series 3 Trustee is entitled to deduct its fees and expenses before distributing the remaining amount, if any to the beneficial holders of Series 3 Notes, that Debtor cannot predict what, if anything, may be recovered by the beneficial holders of Series 3 Notes.

PLEASE TAKE FURTHER NOTICE THAT the Debtor has identified certain assets, including unsecured claims, second and third priority loans, uncollectible judgments, and other

assets appearing on the Debtor's books and records (the "Assets") that the Debtor has been unable to sell or for which it has otherwise been unable to obtain any value.  A description of the Assets appears on Attachment 1 to this Notice.  The Motion seeks authority to abandon the Assets.

   PLEASE TAKE FURTHER NOTICE THAT if any party wishes to make an offer for purchase of any or all of the Assets, such offer must be received by undersigned counsel in in writing within 14 days of the date of this Notice.  The Debtor retains sole authority to accept, reject, or negotiate any offer, including, without limitation, to decline to enter any transaction because the cost of doing so will exceed the benefit thereof.  Any Assets as to which no written offers are received within 14 days of the Notice, and any assets as to which the Debtor determines no transaction is warranted, will be abandoned by order of the Court.

   PLEASE TAKE FURTHER NOTICE THAT in accordance with the terms of the Plan, the Plan Administrator is entitled to certain exculpation and a releases, which will be ratified in connection with the Motion.

Dated: July 15, 2022

                PACHULSKI STANG ZIEHL & JONES LLP
                Bradford J. Sandler (Bar No. 4142)
                Michael R. Seidl (Bar No. 3889)
                919 North Market Street, 17th Floor
                P.O. Box 8705
                Wilmington, DE 19899-8705 (Courier 19801)
                Telephone:  (302) 652-4100
                Facsimile:  (302) 652-4400
                E-mail:   bsandler@pszjlaw.com
                     mseidl@pszjlaw.com

                and

                BARNES & THORNBURG LLP


                 _/s/ James E. Van Horn_____
                James E. Van Horn (Bar No. 29210)
                Barnes & Thornburg LLP
                1717 Pennsylvania Avenue, N.W.
                Suite 500
                Washington, D.C. 20006-4623
                Telephone: 202-371-6351
                Facsimile: 202-289-1330
                E-mail: jvanhorn@btlaw.com

                Counsel to the Post-Confirmation Debtor

## **ATTACHMENT 1**

| | KH Funding Company / Ch. 11 #10-37371 |
|---|---|

| | List of Remaining Assets as of 05/01/2022 |
|---|---|

| Account # | Principal Balance as of 05/01/22 | Borrower / Guarantor (Names shown only for judgments of record) | Secured / Unsecured Status | Description (All loans are in default-judments as noted) B=Borrower, G=Guarantor, DOT= Deed of Trust, SOFA = Schedule of Assets |
|---|---|---|---|---|
| 11530236 | $190,206 | | Secured | 2nd lien DOT in MD behind original 1st lien of $302,000; last payment date 8/17/09; maturity date 11/1/09;  B claims setoff - potential litigation |
| 11523848 | $3,730 | | Secured | 2nd lien DOT in NC behind original 1st lien of $77,400; last payment date 03/27/08; maturity date 2/1/14 |
| 11530380 | $2,970,290 | | Unsecured | Unsecured Note; See MD Ch. 7 #10-18008; B discharged 2011 |
| 11530384 | $2,860,206 | | Unsecured | Former 2nd lien DOTs wiped out in '10 and '11 foreclosure sales; See MD Ch. 7 #10-18008; B discharged 2011 |
| 11530382 | $640,749 | | Unsecured | Unsecured Note; See MD Ch. 11 #11-14033; Remaining collateral liquidated 2018 as per Ch. 11 Plan |
| 11994946 | $476,885 | | Unsecured | 49.89% loan participation interest; lead lender retained all proceeds form short payoff in 2015 citing setoff claims; lead is a private lender |
| 11530372 | $455,353 | | Unsecured | Unsecured Note; See MD Ch. 7 #10-18008; B discharged 2011 |
| 1104-DEFAULT INT. | $268,230 | | Unsecured | Unsecured Note; See MD Ch. 7 #10-18008;  B discharged 2011 |
| 11530233 | $238,410 | | Unsecured | Unsecured Note; See MD Ch. 7 #10-18008; B discharged 2011 |
| 11570063 | $220,493 | | Unsecured | Listed on KH CH 11 SOFA - KH released B and G in 2007 |
| 11570041 | $177,958 | | Unsecured | Listed on KH CH 11 SOFA; KH released B and G via MD deed in lieu of foreclosure transaction in 2007 |
| 11530392 | $144,004 | | Unsecured | Former 2nd lien DOT wiped out in '16 foreclosure sale; See MD Ch. 7 #11-07460; Bs discharged 02/29/12 |
| 11530282 | $140,946 | A.W. GARNER, INC. | Unsecured | VA Judgement (State Court) dated 04/10/09 against former corporate entity; Deficiency against B from VA 2nd lien foreclosure in '11;  See VA Ch. 11 #08-261444 dismissed 08/28/09 |
| | $134,717 | ESCOBAR, AIDA | Unsecured | MD Judgment (US District Court) dated 11/18/15; See MD Ch. 13 #13-21377 dismissed 2014 |
| 11994883 | $131,848 | | Unsecured | 23.85% loan participation interest; lead lender retained all proceeds from payoff in 2015 citing setoff claims; lead is a private lender |
| | $100,000 | HARRIS, ROBERT | Unsecured | MD Stipulated Judgment (US District Court) dated 01/20/16; See Md Ch. 7 #13-12828 |
| 11570058 | $89,032 | | Unsecured | Listed on KH CH 11 SOFA; KH released B and G via MD deed in lieu of foreclosure transaction in 2007 |
| 11994884 | $82,102 | KASPI, KIMBERLY | Unsecured | MD Judgment (State Court) dated 12/09/13 |
| 11994899 | $80,081 | | Unsecured | Former 2nd lien DOT wiped out in '10 foreclosure sale; last payment date 10/9/07 |
| 11530394 | $68,716 | | Unsecured | Former 2nd lien DOT wiped out in '10 foreclosure sale; See VA Ch. 13 #12-11198  dismissed 2012 |
| 11994896 | $55,387 | | Unsecured | Former 2nd lien DOT wiped out in '08 foreclosure sale; last payment date 02/04/11 |
| 11880016 | $44,490 | | Unsecured | 25% loan participation interest; lead lender retained all proceeds from liquidated collateral citing setoff claims; lead is a private lender |
| 11610002 | $41,157 | | Unsecured | Unsecured; deficiency from IN short sale in 2010 |
| 11540021 | $37,300 | | Unsecured | KH executed IN deed in lieu of foreclosure transaction in 2009 |
| 11540020 | $33,849 | | Unsecured | KH executed IN deed in lieu of foreclosure transaction in 2009 |

1

| KH Funding Company  /  Ch. 11 #10-37371 |||||
|---|---|---|---|---|
| List of Remaining Assets as of 05/01/2022 |||||
| Account # | Principal Balance as of 05/01/22 | Borrower  /  Guarantor (Names shown only for judgments of record) | Secured / Unsecured Status | Description (All loans are in default-judments as noted) B=Borrower, G=Guarantor, DOT= Deed of Trust, SOFA = Schedule of Assets |
| 11530369 | $29,703 | | Unsecured | Former 2nd lien DOT wiped out in '15 foreclosure sale; last payment date 10/09/07; B deceased |
| 11140401 | $27,960 | | Unsecured | Unsecured Note; MD State Court ruled B is not personally liable under the loan documents in 2015 |
| 11530154 | $26,378 | | Unsecured | Unsecured Note; See VA Ch. 7 #07-11432; B discharged 2007; Co-B is deceased |
| 11994910 | $25,643 | | Unsecured | Former 2nd lien DOT avoided in Ch. 13 case; See MD Ch. 13 #17-10066 |
| 11530396 | $24,663 | | Unsecured | Deficiency from IL 2nd lien wiped out in '13 foreclosure sale; last payment date 04/09/10 |
| 11530344 | $21,940 | | Unsecured | See MD Ch. 7 #17-14062; B discharged 2017; last payement date 07/17/06 |
| 11880018 | $20,000 | | Unsecured | Unsecured Note from short payoff in 2008; last payment date 06/24/09 |
| SCH B-16 | $20,000 | | Unsecured | Listed on KH CH 11 SOFA; no loan documents |
| 11560205 | $19,812 | | Unsecured | Unsecured Note; last payement date - none |
| 11530334 | $11,435 | | Unsecured | Former 2nd lien DOT wiped out in '16 foreclosure sale; See MD Ch. 7 #03-17599; last payment date - none |
| 11523891 | $11,309 | | Unsecured | Former 2nd lien DOT avoided in Ch. 13 case; See NC Ch. 13 #18-30355 |
| 1530077 | $9,207 | | Unsecured | Unsecured Note;  loan documents are defective; last payment date 09/27/10 |
| 11994869 | $9,171 | | Unsecured* | See MD Ch. 13 #18-2014; *unreleased 1st lien from 2005 short payoff |
| 11990332 | $5,979 | | Unsecured | Former 2nd lien DOT wiped out in '14 foreclosure sale; last payment date 01/09/12 |
| 11530243 | $5,914 | | Unsecured | Unsecured Note; last payment date 05/27/10 |
| 11990598 | $4,942 | | Unsecured | Unsecured Note from NC short payoff  in 2011; last payment date 03/15/12 |
| 11530363 | $3,550 | | Unsecured | Unsecured Note; See MD Ch. 7 #13-14920; B discharged 2013 |
| 11994849 | $2,846 | | Unsecured | Former 2nd lien DOT avoided in Ch. 13 case; See IL Ch. 13 #04-35068; Loan was paid in full as per Ch. 13 plan in 2009 |
| 11530391 | $2,406 | | Unsecured | Unsecured Note; Loan documents are defective; last payment date 03/01/10 |
| 11530140 | $1,438 | | Unsecured | Unsecured Note; last payment date 3/22/12; B is deceased |
| 10270113 | $68 | | Unsecured | Unecured Note; last payment date - no record; B is deceased |
| | $9,970,502 | Total Amonnt | | |
| | 46 | Total Loans | | |