IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KH FUNDING CO., | ) Case No. 10-37371 (TJC) |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER (A) ENTERING FINAL DECREE, (B) APPROVING
DISTRIBUTIONS TO UNSECURED CREDITORS, (C) AUTHORIZING THE
ABANDONMENT OF CERTAIN PROPERTY, (D) AUTHORIZING
THE ABANDONMENT AND DESTRUCTION OF CERTAIN
<u>DOCUMENTS AND RECORDS, AND (E) GRANTING RELATED RELIEF</u>**

Upon the *Post-Confirmation Debtor's Chapter 11 Final Report and Motion for Order (A) Entering Final Decree, (B) Approving Distributions to Unsecured Creditors, (C) Authorizing the Abandonment of Certain Property, (D) Authorizing the Abandonment and Destruction of Certain Documents and Records, and (E) Granting Related Relief* (the "<u>Motion</u>") filed by the

Debtor;[1] and it appearing that the Court has jurisdiction to consider the Motion pursuant to of 28 U.S.C. § 157(b)(2)(A), (B) and (O) and that this matter is a core matter pursuant to 28 U.S.C. §157(b)(2); and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estates, and its creditors; and it appearing that due notice of the Motion has been given; and the estate of KH Funding Co., the liquidating debtor in the above captioned case, having been fully administered, it is, by the United States Bankruptcy Court for the District of Maryland, hereby ORDERED that

1. The Chapter 11 case of KH Funding Co. is hereby closed effective as of the date of this Order;

2. the Plan Administrator, and his employees, professionals, and representatives, are authorized and directed to take any and all actions necessary or appropriate in connection with the closing authorized by this order, including but not limited to (a) filing final tax returns; (b) paying final invoices for professionals; and (c) and otherwise winding up the estate;

3. upon complete administration of the estate and resignation of the Plan Administrator, the Plan Administrator is exculpated and released in accordance with the terms of the Plan;

4. the distributions to unsecured creditors to be made substantially in the form described in the Plan and the Motion are APPROVED;

5. the Plan Administrator is authorized, but not directed, to abandon the Assets described in the Motion;

6. the Plan Administrator is authorized, but not directed, to abandon or destroy the Books and Records described in the Motion;

---

[1] Capitalized terms not defined herein shall have the meaning given them in the Motion.

3

7. the form and delivery of the notice attached to the Motion as Exhibit B is APPROVED, and notice of the Motion, distribution, and abandonment of the Assets described in the Motion is APPROVED;

8. the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and

9. the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

### END OF ORDER