United States Bankruptcy Court
District of Maryland

In re:                                                                                                           Case No. 10-37371-TJC

KH Funding Company                                                                                Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                                    User: admin                                                        Page 1 of 3
Date Rcvd: Jul 14, 2022                         Form ID: ntcpyrtm                                        Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | KH Funding Company, PO Box 281, Millersville, MD 21108-7513 |
| aty | + | Alan Lepene, Thompson Hine LLP, 3900 Key Center, 127 Public Square, Cleveland, OH 44114-1217 |
| aty | + | Bradford J. Sandler, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801-3034 |
| aty | + | Curtis L. Tuggle, Thompson Hine LLP, 3900 Key Center, 127 Public Square, Cleveland, OH 44114-1217 |
| aty | + | Irving Apar, Thompson Hine LLP, 335 Madison Avenue, 12th Floor, New York, NY 10017-4670 |
| aty | + | James E. Van Horn, McGuireWoods LLP, 7 St. Paul Street, Suite 1000, Baltimore, MD 21202-1671 |
| aty | + | Jeffrey M. Axelson, 110 North Washington Street #404, Rockville, MD 20850-2219 |
| aty | + | Kollman & Saucier, PA, The Business Law Building, 1823 York Road, Timonium, MD 21093-5119 |
| aty | + | McGuireWoods LLP, c/o James E. Van Horn, 7 Saint Paul Street, Suite 1000, Baltimore, MD 21202-1671 |
| aty | + | Michael R. Seidl, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801-3034 |
| aty | | Pachulski Stang Ziehl & Jones, LLP, c/o Bradford J. Sandler, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 |
| aty | | Patrick Sibley, Pryor Cashman LLP, 7 Times Square, New York, NY 10036-6569 |
| aty | + | Peter J. Keane, Pachulski StangZiehl & JonesLLP, 919 N. Market Street, 17thFloor, Wilmington, DE 19801-3023 |
| aty | + | Timothy Cairns, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801-3034 |
| aty | | Tina N. Moss, Pryor Cashman LLP, 7 Times Square, New York, NY 10036-6569 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: lcoppel@gfrlaw.com | Jul 14 2022 19:06:00 | Gordon, Feinblatt, Rothman, Hoffberger & Hollander, c/o Lawrence D. Coppel, Esquire, 233 East Redwood Street, Baltimore, MD 21202-3332 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | 21st Century Real Estate Investment Corp, INVALID ADDRESS PROVIDED |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 14, 2022 | Form ID: ntcpyrtm | Total Noticed: 16 |
| Date: Jul 16, 2022 | Signature:   /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alfred Lawrence Toombs | ALT@Toombslaw.com  ECF@Toombslaw.com |
| Bizhan Beiramee | bbeiramee@beiramee.com  e-filing@beiramee.com |
| Bradford J. Sandler | bsandler@pszjlaw.com |
| Bradley J. Swallow | bswallow@fblaw.com  bswallow@fblaw.com |
| Curtis L Tuggle | Curtis.Tuggle@thompsonhine.com  ECFDocket@thompsonhine.com |
| Eric Heyer | eric.heyer@thompsonhine.com  sylena.slaughter@thompsonhine.com,ECFDocket@thompsonhine.com |
| Erica Tiffany Davis | etd@awbflaw.com |
| G. David Dean | ddean@coleschotz.com  PRatkowiak@coleschotz.com |
| Gary H. Leibowitz | gleibowitz@coleschotz.com  pratkowiak@coleschotz.com,bankruptcy@coleschotz.com,lmorton@coleschotz.com |
| Gerard Francis Miles | buddy@lawhjm.com |
| James Edward Van Horn | jvanhorn@btlaw.com |
| Jessica D Fegan | jessica.fegan@jhuapl.edu |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Lawrence Coppel | lawrencecoppel@gmail.com |
| Mark S. Devan | bankruptcy@albalawgroup.com |
| Matthew Cohen | matt.cohen@bww-law.com |
| Michael Patrick Coyle | mcoyle@thecoylelawgroup.com  bjanney@thecoylelawgroup.com,coylelawyer2006@gmail.com |
| Patrick Sibley | psibley@pryorcashman.com |
| Ralph Laurence Sapia | ralph@sapialaw.com |
| Robert B. Scarlett | RScarlett@ScarlettCroll.com  krynarzewski@scarlettcroll.com,scarlettrr64434@notify.bestcase.com |
| Ronald B. Katz | rkatz@rbkpa.net  ronkatz@comcast.net |
| Stephen W. Nichols | snichols@offitkurman.com |
| Thomas Jonathan Kokolis | tkokolis@pskfirm.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

District/off: 0416-0 User: admin Page 3 of 3
Date Rcvd: Jul 14, 2022 Form ID: ntcpyrtm Total Noticed: 16

William R. Feldman
                         wrflaw@aol.com  acurtis@wfeldmanlaw.com

TOTAL: 25

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **10−37371 − TJC**    Chapter: **11**

**KH Funding Company**
Debtor

## NOTICE OF INCORRECT OR INSUFFICIENT ADDRESS

The Court was notified that mail sent to McGuireWoods LLP was undeliverable and returned by the U.S. Postal Service due to an incorrect or insufficient address.

Pursuant to Local Bankruptcy Rule 4002−1(a), every debtor must maintain a current address with the Clerk. This obligation continues until the case is closed.

Pursuant to Local Bankruptcy Rule 9010−2(a), counsel and parties appearing without counsel must file and maintain a current address and telephone number in every case in which such person appears. This obligation continues until the case is closed.

Debtor/Creditor is advised that a notice of current address or address change for McGuireWoods LLP must be filed with the Court within fourteen days (14) of the date of this notice. Failure to correct the address may result in further action by the Court.

Dated: 7/14/22

                                                  Mark A. Neal, Clerk of Court
                                                  by Deputy Clerk, Adrienne Fernandez
                                                  Team Phone: 410−962−0794

Form ntcpyrtm