## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **10–37371 – TJC**   Chapter: **11**

**KH Funding Company**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:   782 – Motion For Return Of Money Filed by Merle A. Kleiber . (Sukeena, Todd)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 9/7/22. \*\*\*Failed to file a request for relief in the form of a motion. See Federal Rule of Bankruptcy Procedure 9013 and Local Bankruptcy Rule 9013. \*\*\***

CURE:   \*\*\*File an amended pleading that complies with Federal Rule of Bankruptcy Procedure 9013 and Local Bankruptcy Rule 9013.\*\*\*

CONSEQUENCE:   Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 8/24/22

Mark A. Neal, Clerk of Court
by Deputy Clerk, Todd Sukeena
410–962–4072

cc:   Debtor
Attorney for Debtor – James Edward Van Horn Jr.

defntc (rev. 12/12/2016)