Entered: September 14th, 2022
Signed: September 14th, 2022



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at GREENBELT

| | | |
|---|---|---|
| In re: | * | Case No.   10-37371-TJC |
| KH Funding Company | * | Chapter   13 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STATEMENT OF NO ACTION

On July 15, 2022, KH Funding Co., the post-confirmation, liquidating debtor, filed its Chapter 11 Final Report and a motion for entry of an order (a) entering a final decree, (b) approving final distributions to unsecured creditors, (c) authorizing the abandonment of certain property, and (d) authorizing the abandonment and destruction of certain documents and records. ECF 774.  The filing was accompanied by a Certificate of Full Administration, and a notice. ECF 774-1, 774-2.  On August 24, 2022, Ms. Merle Kleiber filed a copy of an account statement and a note stating "As a middle class couple, my husband and I worked hard for our money.  I would really like my money back."  ECF 782.[1]

---

[1] The filing was put under seal because it contained Ms. Kleiber's account number.  *See* Federal Rule of Bankruptcy Procedure 9037(a), (c).

The Court has no doubt Ms. Kleiber's investment funds were well earned. However, the amounts available for distribution to creditors and investors are set forth in the filings made by the debtor, referenced above. Unfortunately, under the circumstances of the case, the recoveries will be considerably less than full satisfaction of claims.

No further action can be taken on Ms. Kleiber's request.

cc:    Merle Kleiber

       Debtor's Counsel

**END OF NO ACTION**