Entered: September 21, 2022
Signed: September 21, 2022

**SO ORDERED**



_____
**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:  10–37371 – TJC     Chapter:  11**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

KH Funding Company
*debtor has no known aliases*
PO Box 281
Millersville, MD 21108

Social Security No.:

Employer's Tax I.D. No.:  52–1886133

## FINAL DECREE

Petition for Relief under Chapter 11 of Title 11, U.S. Code was filed by or against the above–named debtor on 12/3/10.

The estate of the above–named debtor has been fully administered.

ORDERED, that the Chapter 11 case of the above named debtor is closed.

**End of Order**

**fnldec –** *ToddSukeena*