IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

(Greenbelt Division)

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| KH FUNDING CO., | ) ) | Case No. 10-37371 (TJC) |
| Debtor. | ) ) ) |  |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2022, a copy of the *Order Vacating Final Decree Improvidently Entered [Docket No. 788]* (the "Order Vacating Final Decree") *and Order (A) Entering Final Decree, (B) Approving Distributions To Unsecured Creditors, (C) Authorizing The Abandonment Of Certain Property, (D) Authorizing The Abandonment And Destruction Of Certain Documents And Records, And (E) Granting Related Relief [Docket No. 791]* (the "Final Decree Order")*,* and that on September 30, 2022, the *Final Decree and Close Bankruptcy Case [Docket No. 792]* (the "Final Decree"), were served via ECF to the following parties:

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

Curtis L Tuggle Curtis.Tuggle@thompsonhine.com

Eric Heyer eric.heyer@thompsonhine.com

Patrick Sibley psibley@pryorcashman.com

I FURTHER HEREBY CERTIFY that on October 3, 2022, a copies of the Order Vacating Final Decree, Final Decree Order and the Final Decree were served via first-class mail, postage prepaid, to the following parties:

Investment & Insurance Services
Attn.: Laurie A. Braulick
President
One South Minnesota Street
P.O. Box 62
New Ulm, MN 56073

                                         */s/ James E. Van Horn*
                                         James E. Van Horn (Bar No. 29210)
                                         Barnes & Thornburg LLP
                                         1717 Pennsylvania Avenue, N.W.
                                         Suite 500
                                         Washington, D.C. 20006-4623
                                         Telephone: 202-371-6351
                                         Facsimile: 202-289-1330
                                         E-mail: jvanhorn@btlaw.com